IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iROBOT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1-21-cv-10155-FDS |
| | ) |
| SHARKNINJA OPERATING LLC, | ) |
| SHARKNINJA MANAGEMENT LLC, | ) |
| SHARKNINJA MANAGEMENT CO., | ) |
| SHARKNINJA SALES CO., | ) |
| EP MIDCO LLC, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION TO STAY PENDING RELATED PROCEEDINGS BEFORE THE INTERNATIONAL TRADE COMMISSION**

Defendants SharkNinja Operating LLC, SharkNinja Management LLC, SharkNinja Management Co., SharkNinja Sales Co., and EP Midco LLC (collectively, Defendants) respectfully move to stay pursuant to 28 U.S.C. §1659 the above-captioned litigation pending resolution of a U.S. International Trade Commission investigation, Investigation No. 337-TA-1252, titled *In the Matter of Certain Robotic Floor Cleaning Devices and Components Thereof*.

In support of this motion, Defendants rely on the accompanying Memorandum.

Dated: March 3, 2021

                                                                    Respectfully submitted,

                                                                    */s/ Alissa K. Lipton*
                                                                    Alissa K. Lipton BBO #678314
                                                                    Finnegan, Henderson, Farabow,
                                                                    Garrett & Dunner, LLP
                                                                    Two Seaport Lane, 6th Flr.
                                                                    Boston, MA 02210-2001
                                                                    617-646-1643
                                                                    Fax: 617-646-1666
                                                                    Email: alissa.lipton@finnegan.com

                                                                   *Attorney for Defendants SharkNinja Operating LLC, SharkNinja Management LLC, SharkNinja Management Co., SharkNinja Sales Co., and EP Midco LLC*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that the parties have met and conferred to resolve or narrow the issues of this motion. Plaintiff does not oppose this motion.

                                                */s/ Alissa K. Lipton*
                                                Alissa K. Lipton

## CERTIFICATE OF SERVICE

I hereby certify that on this date, March 3, 2021, I caused the foregoing DEFENDANTS' UNOPPOSED MOTION TO STAY PENDING RELATED PROCEEDINGS BEFORE THE INTERNATIONAL TRADE COMMISSION to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve as notice of such filing to counsel of record to their registered electronic mail addresses.

                                                */s/ Alissa K. Lipton*
                                                Alissa K. Lipton