IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iROBOT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHARKNINJA OPERATING LLC, )<br>SHARKNINJA MANAGEMENT LLC, )<br>SHARKNINJA MANAGEMENT CO., )<br>SHARKNINJA SALES CO., )<br>EP MIDCO LLC, )<br>)<br>Defendants. ) | Civil Action No. 1-21-cv-10155-FDS |

**JOINT STATUS REPORT REGARDING RELATED
PROCEEDINGS BEFORE THE INTERNATIONAL TRADE COMMISSION**

This case is currently stayed pending related proceedings before the U.S. International Trade Commission (ITC) investigation in Investigation No. 337-TA-1252, titled *In the Matter of Certain Robotic Floor Cleaning Devices and Components Thereof*. Plaintiff iRobot Corporation and Defendants SharkNinja Operating LLC, SharkNinja Management LLC, SharkNinja Management Co., SharkNinja Sales Co., and EP Midco LLC submit this report to update the Court on the status of the ITC investigation.

The ITC issued a procedural schedule on March 24, 2021, setting the evidentiary hearing to begin on January 5, 2022 and setting the target date of the investigation as August 29, 2022.

The parties will advise the Court if there is any change in this schedule. Pursuant to this Court's Order staying this case (Dkt. No. 17. Mar. 5, 2021), the parties will also notify this Court within 21 days of the date of any decision from the ITC.

2

| | |
|---|---|
| Dated: April 14, 2021 | Respectfully submitted, |

| | |
|---|---|
| */s/* Timothy H. Madden | */s/* Alissa K. Lipton |
| Timothy H. Madden (BBO #188310) | Alissa K. Lipton (BBO #678314) |
| DONNELLY, CONROY & GELHAAR, LLP | FINNEGAN, HENDERSON, FARABOW, |
| Suite 1600 | GARRETT & DUNNER, LLP |
| 260 Franklin Street | Two Seaport Lane, 6th Flr. |
| Boston, MA  02110 | Boston, MA 02210-2001 |
| 617-720-3554 | 617-646-1643 |
| Fax: 617-720-3554 | Fax: 617-646-1666 |
| Email: thm@dcglaw.com | Email: alissa.lipton@finnegan.com |
| | |
| *Attorney for Plaintiff iRobot Corporation* | *Attorney for Defendants SharkNinja Operating LLC, SharkNinja Management LLC, SharkNinja Management Co., SharkNinja Sales Co., and EP Midco LLC* |

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 14, 2021.

                                                 /s/ Alissa K. Lipton
                                                 Alissa K. Lipton (BBO #678314)